FILED

07 NOV 28 PM 4:59

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07CR3216 IEG |
| Plaintiff, ) | |
| v. ) | NOTICE OF RELATED CASE |
| SERGIO SANTOS, ) | |
| Defendant. ) | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Sergio Santos</u>, Criminal Case No. 07CR2949-IEG.

DATED: November 28, 2007.

KAREN P. HEWITT
United States Attorney

JOSEPH J.M. ORABONA
Assistant U.S. Attorney

