UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                      )<br>            Plaintiff,                         )<br>                                                      )<br>v.                                                  )<br>                                                      )<br>SERGIO SANTOS,                        )<br>                                                      )<br>            Defendant.                     )<br>_____) | Case No. 07CR3216-IEG<br><br>CERTIFICATE OF SERVICE |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Motions and Motions has been electronically served this day upon:

>Joseph Orabona, Assistant United States Attorney
>880 Front Street
>San Diego, CA  92101

Dated: December 28, 2007                    /s/ John C. Ellis, Jr.
                                                              JOHN C. ELLIS, JR.
                                                              Federal Defenders
                                                              225 Broadway, Suite 900
                                                              San Diego, CA 92101-5030
                                                              (619) 234-8467  (tel)
                                                              (619) 687-2666  (fax)
                                                              E-mail: john_ellis@fd.org