1  KAREN P. HEWITT
   United States Attorney
2  CHRISTOPHER A. OTT
   Assistant U.S. Attorney
3  California State Bar No. 235659
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-6563

6  Attorneys for Plaintiff
   United States of America
7

8
                    UNITED STATES DISTRICT COURT
9
                   SOUTHERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,           )   Crim. Case No. 07CR3216-IEG
12                                     )
                    Plaintiff,         )   APPLICATION FOR ORDER
13                                     )   SHORTENING TIME
           v.                          )
14                                     )
   SERGIO SANTOS,                      )
15                                     )
                    Defendant.         )
16 _____)

17         COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel,

18 KAREN P. HEWITT, United States Attorney, and CHRISTOPHER A. OTT, Assistant United States

19 Attorney, and hereby moves this court for an order shortening time in which the Government may file

20 its Response and Opposition to Defendant's Motion.

21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

1  The United States' Attorney's offices had intermittent telephone service and no internet
2  service from 1/4/08 until 1/8/08. These technical failures made timely filing very difficult.

3  Dated: January 8, 2008

4  Respectfully submitted,

6  CHRISTOPHER A. OTT
   United States Attorney

8
   _/s Christopher A. Ott
9  CHRISTOPHER A. OTT
   Assistant U.S. Attorney

07CR3216-IEG

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No. 07CR3216-IEG |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| v. | ) | |
| | ) | |
| SERGIO SANTOS, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED that:

I, Andrew Schopler, am a citizen of the United States over the age of 18 years and a resident of Riverside County, California; my business address is 880 Front Street, Room 6293 San Diego, California 92101-8800; I am not a party to the above-entitled action, I electronically filed the

THE GOVERNMENT'S MOTION TO SHORTEN TIME

to:    **John Ellis, Esq.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 8, 2008.

/s Christopher A. Ott

CHRISTOPHER A. OTT