KAREN P. HEWITT
United States Attorney
CHRISTOPHER A. OTT
Assistant U.S. Attorney
California State Bar No. 235659
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6563

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Crim. Case No. 07CR3216-IEG |
| Plaintiff, | |
| v. | O R D E R |
| SERGIO SANTOS, | |
| Defendant. | |

IT IS HEREBY ORDERED that the time for the Government to file its Supplemental Motions in Limine in this case be shortened, to permit filing on January 9, 2008, with hearing to be held on January 14, 2008, at 2:00 p.m.

SO ORDERED.

**DATED: January 10, 2008**

*Irma E. Gonzalez*
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**